# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael J. Dudzinski            CHAPTER 13
        Lucy Anne Dudzinski
               Debtor(s)            BKY. NO. 16-10105 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

               Respectfully submitted,

               **/s/James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               jwarmbrodt@kmllawgroup.com