Certificate Number: 02998-PAW-DE-035286953

Bankruptcy Case Number: 16-10105



02998-PAW-DE-035286953

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2021, at 2:33 o'clock PM EST, Lucy A Dudzinski completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 20, 2021

By: /s/Terri Everett

Name: Terri Everett

Title: Counselor