**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael J. Dudzinski** | Social Security number or ITIN    xxx–xx–6429 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lucy Anne Dudzinski** | Social Security number or ITIN    xxx–xx–1586 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–10105–TPA**

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Dudzinski                                      Lucy Anne Dudzinski

4/13/21                                                   **By the court:**    Thomas P. Agresti
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10105-TPA |
| Michael J. Dudzinski | Chapter 13 |
| Lucy Anne Dudzinski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Dudzinski, Lucy Anne Dudzinski, 2319 Poplar Street, Erie, PA 16502-2554 |
| cr | + | PennyMac Loan Services, LLC, C/O Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500 Altanta, GA 30305-1636 |
| 14177040 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14177042 | + | New Day Financial / Dove, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14261063 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14177043 | | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 14 2021 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 09:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 14 2021 05:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 09:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Apr 14 2021 05:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 15340459 | | EDI: BL-BECKET.COM | Apr 14 2021 05:38:00 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14177037 | + | EDI: CITICORP.COM | Apr 14 2021 05:38:00 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14177038 | + | EDI: CRFRSTNA.COM | Apr 14 2021 05:38:00 | Credit First / CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14177039 | + | EDI: DISCOVERPL | Apr 14 2021 05:38:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14177041 | + | Email/Text: kthomas@eriefcu.org | Apr 14 2021 09:17:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14177044 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 14 2021 09:16:00 | State Farm Financial Services, Po Box 2328, Bloomington, IL 61702 |

Case 16-10105-TPA  Doc 149  Filed 04/15/21  Entered 04/16/21 00:45:14  Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14220659 | + | EDI: MID8.COM | Apr 14 2021 05:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14187635 | | EDI: RECOVERYCORP.COM | Apr 14 2021 05:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14239494 | | EDI: BECKLEE.COM | Apr 14 2021 05:38:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14177045 | + | EDI: RMSC.COM | Apr 14 2021 05:38:00 | Syncb / Toys R Us DC, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14177046 | + | EDI: RMSC.COM | Apr 14 2021 05:38:00 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14177047 | + | EDI: RMSC.COM | Apr 14 2021 05:38:00 | Synchrony Bank / Sams Club, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
    on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Joint Debtor Lucy Anne Dudzinski dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Michael J. Dudzinski dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James A. Prostko
    on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor PennyMac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 3 of 3 |
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 21 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com

TOTAL: 9